VSF COALITION, INC., et al., Appellants, v NICHOLAS SCOPPETTA et al., Respondents.

Submitted June 18, 2007; decided September 18, 2007

Reported below, 36 AD3d 690.

Motion, insofar as it seeks leave to appeal as against the Uniformed Firefighters Association, dismissed as untimely (*see* CPLR 5513 [b]); motion for leave to appeal otherwise denied.